IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY ALLEN,                             )
      Plaintiff,                         )
                                         )
                                         )
      vs.                                )   CASE NO.  10-506-SCW
                                         )
LAWRENCE KANIA, LT. FERRELL,               )
CHARLES PURNELL, TRACY LEE,                )
JENNETTE COWAN, REBECCA                    )
COWAN, KRISTA SCHORN-ALLSUP,               )
JAMES KREIG, ADRIAN FEINERMAN,
GARY CONDER, UNKNOWN PARTY
John and Jane Doe(s), SHANNIS STOCK,
KATHY WESTERMAN, WILLIAM
SPILLER, JENNIFER CLENDENIN,

      Defendant(s).

## JUDGMENT IN A CIVIL CASE

Defendants **LT. FERRELL, CHARLES PARNELL, TRACY LEE** and **REBECCA COWAN** was dismissed on January 27, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 7).

Defendants **JAMES KREIG, ADRIAN FEINERMAN** and **GARY CONDER**, were dismissed on March 29, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 28).

Defendants **UNKNOWN PARTY John and Jane Doe(s)** were dismissed on June 7, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 36).

Defendants **JENNETTE COWAN, SHANNIS STOCK, KATHY WESTERMAN, WILLIAM SPILLER** and **JENNIFER CLENDENIN** were granted judgment as a matter of law on October 30, 2012 by Order entered on the record by Magistrate Judge Stephen C. Williams (Doc 87).

The remaining issues came before this Court for jury trial.  The issues have been tried and

the jury has rendered its verdict in favor of defendants **LAWRENCE KANIA** and **KRISTA SCHORN-ALLSUP** (Doc. 91).

IT IS THEREFORE ORDERED that judgment is entered in favor of Defendants **LAWRENCE KANIA, LT. FERRELL, CHARLES PURNELL, TRACY LEE, JENNETTE COWAN, REBECCA COWAN, KRISTA SCHORN-ALLSUP, JAMES KREIG, ADRIAN FEINERMAN, GARY CONDER, UNKNOWN PARTY John and Jane Doe(s), SHANNIS STOCK, KATHY WESTERMAN, WILLIAM SPILLER** and **JENNIFER CLENDENIN** and against Plaintiff **ANTHONY ALLEN**.

Plaintiff shall take nothing from this action.

**DATED** this 1st day of November, 2012

                                              **NANCY J. ROSENSTENGEL, CLERK**

                                              **BY: S/ Angela Vehlewald**
                                                          **Deputy Clerk**

**Approved by**  **S/ Stephen C. Williams**
              **United States Magistrate Judge**
                     **Stephen C. Williams**